| | | |
|---|---|---|
| People v Kelly | 1st Dept: 146 AD3d 696 | denied* |
| People v Maldonado | 2d Dept: 147 AD3d 798 | denied |
| People v Moultrie | 2d Dept: 147 AD3d 800 | denied* |
| People v Paredes | 1st Dept: 146 AD3d 684 | denied* |
| People v Parker | 1st Dept: 145 AD3d 523 | denied |
| People v Rodriguez (Igroit) | 1st Dept: 146 AD3d 452 | denied |
| People v Rodriguez (Israel) | 4th Dept: 147 AD3d 1513 | denied* |
| People v Rose | 2d Dept: 146 AD3d 911 | denied* |
| People v Simmons | 2d Dept: 146 AD3d 912 | denied* |
| People v Suarez | 2d Dept: 147 AD3d 802 | denied |
| People ex rel. Williams v Sheahan | 4th Dept: 145 AD3d 1517 | denied |
| Pollack v Scottsdale Ins. Co. | 2d Dept: 143 AD3d 794 | denied |
| Ringel v Rogosnitzky | 1st Dept: 146 AD3d 450 | denied |
| Ryan, Matter of, v DiNapoli | 3d Dept: 143 AD3d 1030 | denied* |
| Sawitsky v State of New York | 2d Dept: 146 AD3d 914 | denied |
| Selvaggio, Matter of | 2d Dept: 146 AD3d 891 | denied |
| Sica, Matter of, v DiNapoli | 3d Dept: 141 AD3d 799 | granted |
| Varga v McGraw Hill Fin., Inc. | 1st Dept: 147 AD3d 480 | denied |
| Walker, Matter of, v Zucker | 2d Dept: 146 AD3d 789 | denied |
| William O., Matter of, v John A. | 3d Dept: 148 AD3d 1258 | denied |

## Decided June 1, 2017

| | | |
|---|---|---|
| Blake v State of New York | 3d Dept: 145 AD3d 1336 | denied* |
| Cianchetti v Burgio | 4th Dept: 145 AD3d 1539 | denied |
| DeJesus, Matter of, v Venettozzi | 3d Dept: 145 AD3d 1275 | denied |
| De La Rosa v Okwan | 1st Dept: 146 AD3d 644 | denied |
| Ellison, Matter of, v Stanford | 3d Dept: 147 AD3d 1122 | denied* |
| Gammon v Curley | 2d Dept: 147 AD3d 727 | denied |
| Grant, Matter of, v New York City Loft Bd. | 1st Dept: 145 AD3d 638 | denied |
| Hernandez v City of New York | 2d Dept: 147 AD3d 821 | denied |
| Horn v Horn | 2d Dept: 145 AD3d 666 | denied |
| James P., Matter of (Tiffany H.) | 4th Dept: 148 AD3d 1526 | denied* |
| Jordan, Matter of | 4th Dept: 144 AD3d 1630 | denied |

---

* Motion for poor person relief dismissed as academic or denied.